# COMPLAINT FORM

### (for non-prisoner filers without lawyers)



## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___SOUTHERN___ DISTRICT OF ___INDIANA___

(Full name of plaintiff(s))

## 1:15-cv-1034 TWP-DKL

ILENE RUFFIN

_____

_____

vs

(Full name of defendant(s))

METHODIST /IU HOSPITAL

METHODIST MEDICAL GROUP (MMG.)

_____

Case Number:

_____

(to be supplied by clerk of court)

---

## A.    PARTIES

1.    Plaintiff is a citizen of ___INDIANA___ and resides at
                                    (State)

___1431 NORTH TREMONT ST___
                (Address)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant ___METHODIST/IU HOSPITAL & METHODIST MEDICAL GROUP (MMG.)___
                                                        (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___INDIANA_____

(State, if known)

and (if a person) resides at ___340 W. 10TH STREET   INDIANAPOLIS 46202___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___METHODIST/IU HOSPITAL & METHODIST MEDICAL GROUP (MMG.)___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

1.     On June 06, 2011, Ilene Ruffin filed a Proposed Medical Malpractice Complaint with Indiana

Department of Insurance in Indianapolis, Indiana.

2.     In September 2010 Ilene Ruffin was diagnosed with Chronic Hepatitis C she believes this

is the result of two blood transfusions that she had undergone in  1996 while a patient at Methodist/

IU Hospital located at 1633 N, Capital Indianapolis, Indiana.  The two procedures were performed

during a 30 day span the first on August 8 & 9,1996 and the second on September 10 & 11,1996

Methodist Medical Group failed to diagnose Ilene Ruffin being infected with Hepatitis C for eleven

years after these two blood transfusion were performed as  she remained a constant patient..

3.     Methodist/IU Hospital and Methodist Medical Group of Indianapolis,In. requested that a

Medical Review Panel be formed  in July, 2011, This is a requirement of the State of Indiana    and

is a irreversible action.This procedure was put into place to weed out meritless or frivolous Medical

Malpractice Complaints.

Complaint – 2

2

4. During discovery Ilene Ruffin requested medical records that were related and pertinent to her complaint to the Medical Review Panel repeatedly but the medical records were never produced by Methodist/IU Hospital and MMG. Soon after Ilene Ruffin received a letter from Methodist/IU Hospital stating that the medical records being sought after by Ilene Ruffin had been purged without any further explanation of when, which medical records or why.

5. Methodist/Iu Hospitals attorney contacted Ilene Ruffin by Telephone and stated that Ilene would no longer be able to seek medical records from Methodist/IU Hospital and that she would supply any request Ilene Ruffin made and after this provided four cds and stated that the four cds represented all of Ilene Ruffins medical records.

6. Ilene Ruffin was not fully aware at this time of the true contents of the medical records that Methodist/IU Hospital and MMG. admitted to purging, but Ilene Ruffin later discovered after the Medical Review Panel Opinion the contents of the purged medical records were all of the Lab Reports that surrounded the two blood transfusions that Ilene Ruffin underwent while a patient at Methodis/IU Hospital in Indianapolis, Indiana during August and September 1996.. Ilene Ruffin now realizes the purged Lab Reports were the foundation of her complaint to the Medica Review Panel. The purged Lab Reports would have been detrimental to any defense Methodist/IU Hospital would and could have waged against Ilene Ruffins allegations to the Medical Review Panel. How convenient for Methodist/IU. Hospital and MMG. to be able to purge just these Lab Reports they knew were related to litigation and leave outdated medical records dating back to the 1980s forward undisturbed within her medical file this makes no sense. Why were they not purged also?

C.   JURISDICTION

Complaint – 3

3

7. Ilene Ruffin knows the reasons why Methodist/IU Hospital and MMG purged the Lab reports they knew that without them the medical review panel would deem Ilene Ruffins Proposed Medical Malpractice Complaint meritless or frivolous and to secure a favorable opinion from the Medical Review Panel for themselves.

8. Methodist/IU Hospital and MMG. made sure that Ilene Ruffin would have no chance of being successful in obtaining a favorable opinion from the Medical Review Panel after they purged only the lab reports that were pertinent to Ilene Ruffins complaint.   Methodist/IU Hospital and MMG. knew that after they received a favorable Medical Review Panel Opinion Ilene Ruffin  could be kicked to the curb and she would never have to be heard from or dealt with ever again.   And to escape litigation for the negligent wrong that was imposed upon Ilene Ruffin so long ago and continues on to this day. And if Ilene Ruffin ever attempted to file her complaint in court Methodist/ IU Hospital and MMG would be able to dismiss her complaint based on the fraudulently obtained favorable Medical Review. Panel Opinion that deemed her complaint as Meritless that should not even be able to stand.

9. Methodist/IU Hospital and MMG. cheated Ilene Ruffin out of her day in court and failed to provide for a fair hearing with a level playing field during the Medical Review Panel   and through  fraudulently concealing evidence directly related to and pertinent to Ilene Ruffins complaint.

10. Ilene Ruffin Prays that the U S District Court will grant her Relief.

Thank You

C.   JURISDICTION

Complaint – 3

4

11.   Documentation indicates that the following Lab Reports were ordered, performed, received and read. The four cds provided by Methodist/IU Hospital did not contain any of these Lab Reports. These are the medical records Methodist/Iu Hospital and MMG. purged before  the Medical Review Panel.  These Lab Reports surround the two blood transfusions in 1996 and were the foundation of Ilene Ruffins complaint.

. 1. BLOOD TYPE AND CROSSMATCH RECORD DATED 08/08/1996

2. STAT CBC DATED 08/09/1996

3.  CHEM 23 DATED 08/09/1996

4. CHEM 22 DATED  08/09/1996

5. BLOOD  TYPE AND CROSSMATCH RECORD  DATED 09/10/1996

6. CHEM PANEL 6   DATED 09/10/1996

7.CBC / NO DIFF   DATED  09/11/1996

8.  HGB & HCT    DATED 09/10/1996

9.. CBC / DIFF   DATED  09/11/1996

10.   SERUM LEVEL CHECK    DATED 09/11/1996

12.   Ilene Ruffins allegation to the Medical Review Panel was about receiving blood containing the hepatitis c virus during two blood transfusions at Methodist/IU Hospital, and MMGs failure to diagnose . Ilene Ruffin wonders what the Medical Review Panel Opinion would have been if they had known these Lab Reports had been intentionally destroyed.

C.     JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

**OR**

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

**D.      RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

A monetary award commensurate to Ilene Ruffins injuries Pain and Suffering, Emotional Distress

Loss of Earnings potential, Punitive Damages, Future Medical Care expenses, longevity

interest on any amount awarded.

Ilene Ruffin prays that the court will grant this relief upon proof of this complaint.

Thank You

Complaint – 4

*6*

**E.    JURY DEMAND**

[x]    **Jury Demand – I want a jury to hear my case**
                                            OR
[ ]    **Court Trial – I want a judge to hear my case**

Dated this __01__ day of __July__ 20 __15__

Respectfully Submitted,

_(signature)_

**Signature of Plaintiff**

__317 637-2005__
**Plaintiff's Telephone Number**

__kittycatlen@peoplepc.com__
**Plaintiff's Email Address**

__1431 N. Tremont St.__

__Indianapolis, Indiana 46222__
**(Mailing Address of Plaintiff)**

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[ ]    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[x]    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

*7*